UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDERBIRD RESORTS INC., a British Virgin Isles corporation,<br><br>                      Plaintiff,<br>v.<br>MURRAY JO ZIMMER, an individual; ANGULAR INVESTMENTS CORPORATION, a Panama corporation; MITZIM PROPERTIES INC., a Nevada corporation; and TALOMA ZULU, S.A., a Panamanian corporation; JACK RAY MITCHELL, an individual,<br>                      Defendants. | Case No.: 3:15-cv-01304-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CLOSE INTEREST-BEARING ACCOUNT AND DISBURSE FUNDS TO DEFENDANT JACK R. MITCHELL**<br><br>**[ECF NO. 144]** |

      Pending before the Court is the Parties' joint motion to close interest-bearing account and disburse funds to Defendant Jack R. Mitchell ("Motion"). (ECF No. 144). After a careful review of the record and for good cause appearing, the Court **GRANTS** the Parties' Motion. **IT IS HEREBY ORDERED** that the Clerk of Court release forthwith, the funds currently being held, plus interest, from the interest-bearing account. The funds are to be made payable to Jack R. Mitchell and mailed to his counsel of record, Douglas Applegate, at the following address:



1

1     **IT IS FURTHER ORDERED** that the Clerk of Court is authorized to deduct a fee for the handling of all funds deposited with the Court and held in the interest-bearing account or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

    **IT IS SO ORDERED.**

DATED: May 25, 2023

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE